AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

NCB, FSB

vs.

American Past Times, Inc., Carey J. Willis

**DEFAULT**
**JUDGMENT IN A CIVIL CASE**

Case Number: 6:09-318-HFF

**[X]     Decision on the Record.**  This action came before the court on the record.  The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that judgment by default is hereby rendered in favor of Plaintiff NCB, FSB against defendants American Past Times, Inc., and Carey J. Willis in the amount of Three hundred Thirteen Thousand Two Hundred Three dollars and 67/100 ($313,203.67) with post judgment interest at the rate of 0.50%.  The plaintiff NCB, FSB shall recover of the defendant Carey J. Willis attorney's fees in the amount of One Thousand Sixty-two dollars and 50/100 ($1,062.50).  The plaintiff shall also recover of the defendant American Past Times attorney's fees in the amount of One Thousand Two Hundrey Twenty-five and no/100 ($1,225.00).

LARRY W.  PROPES, Clerk

By:  **s/Angela Lewis**
Deputy Clerk

May 7, 2009